Jerry L. Steering (SBN 122509)
Law Offices of Jerry Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PITT, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, DAVID R. SMITH, TROY J. DORAN, GEORGE CALDERON and DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants | CASE NO.: '16CV0515 CAB NLS <br><br> DEMAND FOR JURY TRIAL |

**COMES NOW** plaintiff Robert Pitt, pursuant to F.R.Civ. P. 39 and Local Rules of Court 38, and demands a trial by jury in the above-captioned case.

Date:  February 29, 2016

_____
Jerry L. Steering

DEMAND FOR JURY TRIAL
1