Jerry L. Steering (SBN 122509)
Law Offices of Jerry Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PITT,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN DIEGO, DAVID SMITH, TROY J. DORAN, GEORGE CALDERON and DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants | Case No.:  16CV-0515-CAB-NNNLS<br><br>EX PARTE APPLICATION TO ENLARGE TIME TO SERVE FIRST AMENDED COMPLAINT ON DEFENDANT DAVID SMITH<br><br>DATE:     MAY 10, 2016<br><br>TIME:      1:30 P.M.<br><br>UNITED STATES DISTRICT JUDGE CATHY ANN BENCIVENGO |

**COMES NOW** plaintiff Robert Pitt and applies to this Honorable Court, ex parte, for an order enlarging the time for plaintiff Robert Pitt to serve defendant David Smith by thirty (30) days. This application is based on ground plaintiff has been trying to serve defendant David Smith with the First Amended Complaint and the Summons on First Amended Complaint, but have not been able to do so, and will not be able to do so within ninety (90) days of the date of the filing of the

original Complaint for Damages in this case. This application is also based on the attached declaration of Jerry L. Steering in support of this instant ex parte application.

Dated: May 11, 2016           ____/s/_ Jerry L. Steering_____
                                                    JERRY L. STEERING