Jerry L. Steering (SBN 122509)
Law Offices of Jerry Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PITT,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, DAVID SMITH, TIM SCHWUCHOW and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 16CV-0515-CAB-NNNLS<br><br>[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO ENLARGE TIME TO SERVE FIRST AMENDED COMPLAINT ON DEFENDANT DAVID SMITH<br><br>DATE:     MAY 11, 2016<br><br>TIME:     1:30 P.M.<br><br>UNITED STATES DISTRICT JUDGE CATHY ANN BENCIVENGO |

**HAVING CONSIDERED** Plaintiff's Ex Parte Application To Enlarge Time To Serve First Amended Complaint On Defendant David Smith, and good cause having been shown therefor;

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Application To Enlarge Time To Serve First Amended Complaint On Defendant David

DECLARATION OF JERRY L. STEERING IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO ENLARGE TIME TO SERVE FIRST AMENDED COMPLAINT ON DEFENDANT DAVID SMITH
1

Smith is **GRANTED**, and the time for plaintiff to serve defendant David Smith with the First Amended Summons and First Amended Complaint in this action is enlarged by thirty (30) days.

Dated:_____               _____
                                    CATHY ANN BENCIVENGO, UNITED
                                    STATES DISTRICT JUDGE


                                    ____/s/_ Jerry L. Steering_____
                                    JERRY L. STEERING

DECLARATION OF JERRY L. STEERING IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO ENLARGE TIME TO SERVE FIRST AMENDED COMPLAINT ON DEFENDANT DAVID SMITH

2