UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT PITT, | Case No.: 16-CV-515-CAB-NLS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT DAVID SMITH** |
| COUNTY OF SAN DIEGO et al., | |
| Defendants. | [Doc. No. 6] |

Upon consideration of Plaintiff's ex parte application for an extension of time to serve the first amended summons and complaint on defendant David Smith, and good cause appearing, it is hereby **ORDERED** that the application is **GRANTED**. Plaintiff shall serve Mr. Smith with the first amended summons and complaint no later than **June 29, 2016**.

It is **SO ORDERED**.

Dated: May 12, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge